1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LESHANE J. HOLMES,

11            Plaintiff,                     No. CIV S-04-1308 DFL EFB P

12        vs.

13   STEVE TEER,

14            Defendant.            ORDER

15   _____/

16            Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

17   *See* 42 U.S.C. § 1983.  Defendants move to vacate the pretrial and trial dates in the schedule

18   filed March 2, 2006.  Pursuant to that schedule, plaintiff had until November 17, 2006, to file a

19   pretrial statement, defendants have until December 1, 2006, to file a pretrial statement, pretrial

20   conference is set for December 8, 2006, and trial is set for February 26, 2007.

21            Defendants' motion for summary judgment is pending.  Therefore, the parties

22   cannot through the exercise of diligence comply with the schedule.   Accordingly, the above

23   dates are vacated.  *See* Fed. R. Civ. P. 16(b).

24        So ordered.

25   Dated:  November 29, 2006.

26
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE