IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESHANE J. HOLMES,<br><br>       Plaintiff, | No. Civ. S 04-1308 JKS EFB P |
| STEVE TEER, et al.,<br><br>       Defendants._____/ | |
| LESHANE J. HOLMES,<br><br>       Plaintiff, | No. CIV S-04-2377 LKK KJM P |
| vs. | |
| JEANNE S. WOODFORD, et al.,<br><br>       Defendants._____/ | RELATED CASE ORDER |

    The court has received the Amended Notice of Related Cases concerning the above-captioned cases, both of which were filed July 9, 2004. See Local Rule 83-123(b). Examination of Civil No. S-04-1308 JKS EFB P, *Holmes v. Teer* and Civil No. S-04-2377 LKK KJM P, *Holmes v. Woodford*, reveals that these two cases are related within the meaning of Local Rule 83-123(a). The actions involve the same parties and are based on the same or similar claims.

////

1   The parties should be aware that relating the cases under Local Rule 83-123 merely has
2   the result that actions are assigned to the same judge and magistrate judge; no consolidation of
3   the actions is effected.  Under the regular practice of this court, related cases are generally
4   assigned to the judge and magistrate judge to whom the first filed action was assigned.

5   IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-04-2377 LKK
6   KJM be, and the same hereby is, reassigned to Judge James K. Singleton and Magistrate Judge
7   Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in
8   the reassigned case shall be shown as CIV. NO. S-04-2377 JKS EFB P.

9   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
10  the assignment of civil cases to compensate for this reassignment.

11  IT IS SO ORDERED.

12  DATED:  February 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE